KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Email: Susan.Knight@usdoj.gov

Attorneys for Plaintiff

RECEIVED
JAN 17 '07

FILED
JAN 17 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> NOKKIE DE LARA TUYOR, </br></br> Defendant. | No. CR 05-00409 RS </br></br> NOTICE OF DISMISSAL </br></br> SAN JOSE VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California respectfully requests that the above information be dismissed without prejudice, as the defendant has been arrested in another jurisdiction and will be prosecuted there.

DATED: January 16, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Leave of Court is granted to the government to dismiss the above-captioned information.

Date: 1/17/07

RICHARD SEEBORG
United States Magistrate Judge

NOTICE OF DISMISSAL                 2